IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTWAUN V LEE,

      Plaintiff,

v.                                   CASE NO. 1:20-cv-113-AW-GRJ

ALACHUA COUNTY
SHERIFF'S OFFICE,

      Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to pay an initial partial filing fee of $9.43

and file an amended complaint on or before June 14, 2020.  ECF Nos. 4, 5.

The Court warned Plaintiff that failure to comply could result in a

recommendation that this case be dismissed without further notice.  *Id.*

Plaintiff failed to comply, and the Court ordered him to show cause on

or before July 6, 2020, as to why this case should not be dismissed for

failure to comply with an order of the Court and failure to prosecute.  ECF

No. 7.  As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case be

**DISMISSED** for failure to comply with an order of the court and failure to

prosecute.

**IN CHAMBERS** this 22nd day of July 2020.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636**.