IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ANTWAUN V. LEE,

    **Plaintiff,**

v.                                                  Case No. 1:20-cv-113-AW-GRJ

ALACHUA COUNTY SHERIFF'S
OFFICE,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's July 22, 2020 Report and Recommendation. ECF No. 8. No objections have been filed. I agree with the magistrate judge that the case should be dismissed. The Report and Recommendation (ECF No. 8) is adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute." The clerk will then close the file.

SO ORDERED on August 24, 2020.

                                                      s/ *Allen Winsor*
                                                      United States District Judge